IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DONALD. L. SWEENEY, INC., and DONALD L. SWEENEY, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. CV411-38<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." After careful consideration, the action is **DISMISSED WITHOUT PREJUDICE** as to the complaint filed by Plaintiffs against Defendant and of the Defendant's counterclaim against Plaintiffs in the above styled proceeding. Each party shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 21st day of March 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA